Clerk's office United States District court
PO Box 25670
Raleigh NC 27611

| PLAINTIFFs | COMPLAINT |
|---|---|
| Charles A. Williams | |
| Mosby Christopher | |
| GUBRIAL E. Cummings | Civil Action |
| JUAN ARIAS | No# 5:24-CT-3095-BO |
| DARRICK Grissom | |
| Rashan A Mebane | |
| VS | |
| Defendants | Jury TRIAL |
| Jamie Bullard Warden | |
| MARC McPherson Unit manager | Demaned |
| Johnson Jason Unit manager | |
| Corey Collins Unit manager | |
| Roy Cooper goverNer | |

Jurisdiction and venue

① This is a civil Action aUthorized By 42 §U.S.C Section 1983 to redress the deprivation under color of state Law, of rights secured by the Constitution of the United states. The court has Jurisdiction. First Amendment 14th Amendment

② The Easter District of court in Raleigh N.C is the Appropriate venue under 42 §USC 1983 section because it is in Tabor corr inst where the events giving Rise to this claim occurred

3). Plaintiff's Charles A. Williams 0560566#, Mosby Christopher 0468975#, GuBrial E Cummings 1609579#, Juan ARIAs 1210853#, Darrick grissom 1042066#, Rashan A Mebane 0771574# is and was at all times mentioned herein A prisoners of the state of North Carolina in the custody of the NCDPS Tabor corr Inst. All offenders is currently confined in Tabor corr inst in 4600 swampsfox Hwy Tabor city NC 28463

4). Defendant Jamie Bullard warden, Marc McPherson Unit manager, Johnson Jason Unit manager, Codey Collins Unit manager Roy Cooper State governer is Legally Responsible For the overall operation of the Department of NCDPS Tabor corr inst and is under its Jurisdiction of Tabor corr inst 4600 swamps fox Hwy Tabor city NC 28463 Where plaintiffs are confined.
Roy Cooper is the State governer which is Location Address 116 west Jones street Raleigh NC 27603

5). Each defendants is sued in both of they individually and official capacity. At all time mentioned in this complaint, each defendant acted under the color of state Law.

## FACTS OF COMPLAINT

(6) All the Facts that are the Basis For plaintiffs suit is that the Plaintiffs have Been deny Access to West Law on the 6th tablet which allowed all Available

(7) Offenders on Restrictive housing I-con To have. All plaintiffs is house on Gray Unit-AT Tabor corr inst F-Block Dorm. By Been deny the above Access Have cause offender Not Access to the Law Library to do Legal

(8) Research on Matters they Need To Access To the Court in a timely Matter. All Plaintiffs gave the Defendants a Notice and aware that the free section For the Law Library Have Not

(9) Been Down Log By the West Law App. When speaking To Gray Unit Unit manager McPherson and Assist Johnson about the Law Library on the 6th tablet. Both Defendants said You offender

(10) can Have access to the Law Library when you all is Released off Restrictive housing. This is a very frustrations matter where offenders Have No Access To help theyself Research Legal case Laws To meet deadline or arguments For Access To

(11) the Court. By Record Plaintiff Charles Williams Filed a grievance under # 4885-2022-MPDUF 19452 and 4885-2022-MPDUF-18717 see) dates 6-8-22, 9-6-22 which Both was Appeal 1, 2, 3 steps/

Facts of complaint

(12) Plaintiff Mosby Christopher Filed a grievance under # 4885-2022-MPDuf-186-29 date 6-2-22 which he Appeal step 1 2 3.

(13). Within Matters A Witness name Grande Kimberly D Filed a Response in step 3 which stated "This grievance presents on issue which is beyond the control of NCDPS and therefore outside of the scope of the ARP see section 0306(B)(4)

(14) Lastly the tablets are equipped with West Law which should be AVAILABLE to offenders on Restrictive housing will only be permitted tablets per their Facility SOP date 6-14-2022.

(15) A witness name Greene Wakenda in Charles Williams Step 3 4885-2022-MPDuf-187-17 Stated with Regards to the Law Library being on the tablet, the Law Library is Accessible to all offenders who have Access to the tablets. Staff at the Facility do not have the capability to alter the Applications on the tablets. If there is a Application issue,

(16)

(17) you are to make your Unit Manager aware however you should be Able to Report issue through help tabs on the tablet. Please keep in mind that, offenders may still contact Prison Legal services As their route To Access Legal Research/Courts if needed

(18)

(19) This grievance is Considered Resolved 7/13/2022

## Facts of Complaint

20). Plaintiff Charles Williams File second grievance under 4885-2022-MPDUF-19452 Step 2 witness Greene WAKenda Here stated that. To her Examiners knowledge there is No issue with the Law-Library At this time, unless it may be Restricted certain

21) Restrictive housing offender. However, offenders may Contact Prison Legal services As their route to access Legal Research/Court if need. This grievance is considered Resolved date 9/19/22.

22) I Charles Williams wrote To prisoner Legal Service Request For cases Laws and Research Information which I HAve pending cases. Daixi Xu Staff Attorney wrote me Back 9-2-22

23) and stated the Supreme Court in Bounds vs smith Requires states to provide prisoners with meaning full Access to the Judicial system, either through Legal assistance program or Adequate Law Libraries.

24) Here the Defendent McPherson and Johnson Have Failed To provide on Gray Access to Law Library by NOT assistance they duty Have cause A violation To the United states Constitutional 1th Amendments right To Access to the court.

25) I Requested From Prisoners Legal service Help Research information. Which on 9-12-2022

File # 22-0193479 tHAT Daixi xu Attorney

## Facts of Complaint

(26) Stated Dear Mr Williams I am writing in Response to your Letter date 9-2-22. It must be very "FRUSTRATING" to have several Lawsuits and No Access to Legal Research Resources. As I explained in my previous letter

(27) there is generally no right to have access to a Law Library as it Currently stands in NC. However It does feel "UNFair that some inmates have Access to it while other DO NOT. I wish you and other inmates Luck as you

(28) all try to get equal Access to the Law Library. Here plaintiff Darrick grissom aN offenders on Restictive housing FoR Gray Unit claim against the Defendants

(29) McPherson, Johnson, Collin, All Unit managers HAve "Discrimination". Which in this 42§1983 is a violation To the United States Constitutional 14th Amendments rights which also the court Have Full Jurisdiction

(30) To Grant a violation. By the Facts and evidence. Here At Tabor corr insT general popular on Blue Unit, Green Unit Red upper Unit The offenders have

(31) Access To the West law Which give offender Access To the Law Library To do Legal Research Free. Here Defendant collins is in violation Where he treated the offenders

Facts of complaint

(32) on Blue, Green, Red Unit Better then He treated offenders on Gray Unit and Lower Red seg For A-seg, Pc-custody D-seg. Evidence show Access on the GTL

(33) tablet provide offenders Access to Law Library free and Deny Restrictive housing offender Access to Law Library thru the West Law App. Here Unit manager collins is in violation

(34) of the First Amendment violation To the plaintiffs in this suit. where he is in control of the GTL service within Tabor corr inst prison and By limited the offender No Access

(35) To the Law Library deny offenders on Restrictive housing Access to the court.

(36) The court is to take in the Facts of this complaint and allowed the plaintiff to move forward after screening the Both 1th And 14th Amendment. For the

(37) Record. The Attorney General office in Raleigh cut Prisoners Legal service Funding which Stop Prisoner Legal service Staff Attorneys from Research Legal information

(38) For offender in prison. A contract was done Between North Carolina office of Indigent Defense services and Prisoner Legal service. Which was sign By Thomas K. Maher Mary s Pollard

Facts of complaint (877) 650-4249

39. within Receiving GTL phone number I Had my friend Tony L Jones call GTL and spoke with Tomas a employee For GTL.

40. This employee stated as a witness that GTL have No authority to change Tabor Facilities Rules about Access to the Law Library At Tabor corr inst or Which units Receives Access to it and when. It's the Administrative.

41. By that evidence Hereby Held Jamie Bullard in violation of Deny offenders of Restrictive housing Access to court By Failing to entitled the West Law App For offenders to use the Law Library.

42. That App is For all offenders. I hereby and all offender claim A 1th Amendment violation against Defendant Jamie Bullard the Warden At Tabor corr inst.

43. Offenders of Gray Unit claim a 14th Amendment violation against Jamie Bullard For discrimination & unequal

44. treated where general popular on Blue, Red, Green is allowed Access to the West Law App To use the Law Library For Research and Gray Unit offenders was deny Access To

45. use the same Free west Law App For Law Library Research cases Laws.

46. Plaintiff Have NON-Frivolous Pending Lawsuits Claims. Actual Injury

Facts of complaint

(47). On Behalf of the covid-19 The Tabor corr inst was place on Lockdown which offenders was only allowed out they cell For 3 hours each day within NCDPS.

(48). President Biden. Federal goverment Commission of prison Ishee and state governor Roy Cooper and Attorney General agree this status was to help prisoners from getting the covid-19.

(49). Concerning the distribution of tablets was made in contract by the third party company global tel link "GTL which fulfills their obligation to the state of North carolina For the contract that the tablets entered into with the state wide N.C. Dps.

(50). upon information the GTL tablets was Late Be passout AT Tabor corr inst cause the Global Tel Link has been in the process of trouble shooting Charging issues of the tablets. Once the issue was Resolved the

(51) correct Charging cabinets was order and has been delivered on site. GTL was in the process of putting another facility online with the tablets and the next facility to go Live For Tabor corr inst to Receive their Tablets. By Barnhill mark W 2-22-2022

(see) 4885-2022-KPDUB-17621 Grievance #.

Facts of complaint

52. On 9/1/2021 Wed about NCDPS Tabor CI Received the GTL tablet inside the prison For offenders all over the Units Housing area. Call the Getting out. Here It

53. was schedul to us To place our pin # the tablet. once that was done we Had To smile and Blink a couple time so our face would Detecting our Face. Offenders was to place they secord passcode.

54. once do the GTL corporAtion end user License Agreement popup For us To push Accept. once that is done.

Pay per minute For the phone Access pass, Available pass For

55. Purchase is allowed if offenders Have $15.00 To Buy. And But Last Login free! Is For all offenders to use.

56. Which the West Law is DownLoad on It in general popular For Green Unit Blue Unit Upper Red Unit. This is For offenders to have Access To the Law Library For Research on the tablet.

57. Tabor corr insT Donot Have a Law Library downstair where offenders Go to check out Reading Books. No Law Books is IN the Library office. The Reason all Law Books was Remove in NCDPS cause Roy Cooper work For the NC Attorney General

Facts of Complaint

(58) Office in Raleigh and came up with the idea that Offenders Don't Need Law Books cause prisoner Legal service office in Raleigh is To Help assist Offenders!

(59) By that Really Stop Reading material! and Librarys is NCDps was order To Remove all Books cause Offenders was helping each other out to Research and Education As Been pro-se. As of Been placed on Gray Unit

(60) I-Con Status 5-23-2022 IN cell F-4

(61) Within the next date 5-23-2022 I Received MY tablet. When Loging IN I Notice that the Law Library was not gave To I and offenders on Gray Unit

(62) which prisoners are on Restrictive housing For 180 days which is 6 months. I hereby sent Request Forms to the Following NCDps employee case manager

(63) Strickland 6/13/22 which he staff comments that unfortunately I have No Knowledge or Resources For the tablets. Programs staff was Not included in any training For them.

(64) The Unit management staff might could AT Least direct you As to who to write. I hereby sent more Request Forms out To the Following

## Facts of Complaint

(65). Unit manager McPherson, Program director Sergeant on duty, Admin Assist 6/22/22 No Response was gave back. On 6/22/2022 I sent a Request Form to Gray Unit Unit manager

(66) McPherson, Gray Unit Assist Unit manager Johnson Case manager, Program Director, Admin Asst and None Response Back. 7-26-22 I sent again Request Form to Blue Unit PA and Unit manager

(67) Collins the same date 7-26-22 I sent Gray Unit PA Ms Roblero Request Form dealing with the West Law on the tablet for offenders to have Access to Law Library. None Response Back. I wrote all letters to Library Staff.

(68) Blue Unit manager Jackson and Blue Unit Collins was sent a Notice about Request Formation 6-22-22 and None Response Back. I was hereby gave a new case manager name Youker which I sent 8-30-22

(69) date Request form out and he answer it and Stated He Have emailed Unit manager Collins about the issue on the West Law App for Offenders to Have Access to Law Library on the

(70) GTL tablets. I waited about 2 weeks or more and wrote my case manager Youker back 9-21-2022 and he Reason Respons was that he Have Not heard anything from Unit manager Collins for the Law Library for the GTL tablet for Restrictive housing for Gray Unit offenders.

## Fact of complaint

71. Plaintiff Charles Williams hereby can Refer to documents of Reading Material which he have Attached At the Back of his complaint As Exhibits A-H. Here the Rest of offenders in this suit when Be sending

72. they DC 410 grievance Responses within the future To Be enter on Record within the clerk of court office. The court is to Review if Legal Aid program does not provided service for the prison population, a Law Library must

73. be provided. Prisons must Receive sufficient Access to prison Libraries which enable them To Research Law and to determine what Facts may be necessary to state a cause of Action. Court should determine

74. Whether Restricted hours Actually denied anyone court Access. Provision of a separate Library For Administrate Segregation inmates met constitutional

75. Standards. Satellite Law Library Required in Segregation Unit. Restrictive housing inmate who Lacked physical Access and had No assistance by Legally trained persons were Not provided Adequate court

76. Access. Where inmates are barred from physical Access the State Must provide Research Assistance in the Form persons trained in the Law and But Last Cell delivery system must be Supplemented by Access To Inmate Paralegals, a Logging system and deadline

## Fact of Complaint

77. For delivery or else a small Library on the Unit. When speaking to Both Defendant McPherson and Johnson they stated No Law Library and It's out of they control, and put the Fault of the 4Th.

78. The court is To Review how Frustrations This is For offenders on 23 hours Lock down. The Record Show I Have pending cases IN Habeas corpus, TA-24729, TA-29379, TA-29926, 5:18-CT-0386CFL 5:14CT 03091-BO, 09CRS-50726 09CRS 3715,

79. Here the plaintiffs Gubriel E Cummings Filed a grievance Under # 4885-2022-MPduf 19-473 and Appeal step 1,2,3. Plaintiff Juan Arias filed a grievance under # 4885-2022-MPduf-19-642 and Appeal step 1,2,3. Plaintiff Rashan A Mebane filed a grievance under 4885-2022-MPDLF 19650. Appeal step 1,2,3. All plaintiff claim

80. a First Amendment and 14th Amendment violation For Access to court and discrimination.

81. This Claim is Made against the Defendant Jamie Bullard warden, MARC McPherson Gray Unit manager, Johnson Jason Gray Unit manager, Codey Collins Blue Unit manager And hereby Held

82. Roy cooper governor Liable For employee violation of federal Rights. The Facts of Complaint and is true To all Plaintiff's allegation they was deny Access to court and equal treatment when dealing with the Law Library.

A) **Legal Claims**

83) The Specific issues in Court Access cases where the Defendants violated the First Amendments rights By Failed to give Law Library and Legal Assistance Its No Legal Assistance program At Tabor corrinst

84) and By deny plaintiff Access to the Law Library under the West Law on the GTL cause Actual INjury and cases where dismissed For failure to satisfy some technical Requirement which because of deficiencies in the prison.

85) By Not having the Law Library plaintiff could not have known or that plaintiff's Had suffered arguably actionable harm that plaintiffs wished to bring before the court, But was so stymied By inadequacies of the Law Library on GTL tablet

86) plaintiff's was unable even to File A Complaint Plaintiffs, Charles williams, Mosby christopher, Gubrial E. Cummings, Juan ARIAS, DARRICK Grissom and Rashan A Mebane rights was violated To the federal United States Constitutional 1th Amendments

87) B) The Specific issues Equal Protection of the Law, where the Defendants violated the Fourteenth Amendment rights By Failing to allow all offenders Access to the West Law on the GTh tablets. Here the defendants made discrimination Action where unequal

## B) Legal claims

(88) treatment was done. The evidence for the court is to review. That here at Tabor corr inst. all offenders is allowed a free section that involving the Law Library where all offenders is allow

(89) To use to do Research and gether Help Law cases that can justification they arguments in motions. The plaintiff's

(90) claim a discrimination cause on Gray Unit Restrictive housing offenders could not use the Westlaw for Research of Law Library time. General popular offenders was allowed to

(91) use the free section to Access on the GTL tablet. Here the Defendants made it thru Unsuccessfuly Judgment to Not allowed offenders Law Library time on the GTL tablet.

(92) This discrimination violated the federal United States Constitutional 14th Amendment rights. Within the NCDps offenders are not to Be treated differently. The plaintiff's can show the discrimination was effect and

(93) intent By classification Level of segregate and general popular offenders. By Race, religion, gender, prison officials as the Defendants Have failed equal treatment

94) The plaintiff's has No plain, adequate, or complete Remedy At Law to redress the wrongs described herein. Plaintiffs has been and will continue to be irreparably Injured by the conduct of the defendents unless this court grants the declaratory and Injunctive Relief which plaintiffs seeks

95) Prayed For Relief,
Wherefore plaintiff's Respectfully prays that this court enter judgment granting plaintiffs;

96) A declaration that the Acts and omissions described herein violated plaintiffs rights under the Constitution and Laws of the United states.

97) A preliminary and permanent Injunction ordering defendant Jamie Bullard, Marc McPherson, Johnson Jason codey collins, Roy cooper to Add the west Law on To the 6Th tablets For Restrictive housing on Gray Unit

98) Compensatory Damages in the amount of $500,000 against each Defendant, jointly and severally.

99) Punitive damages in the amount of $500,000 against each defendents. By the Record show

100) Between compensatory and punitive Damages the amount For payment is $5 Million dollars

101) A jury trial on all issue triable By Jury

102) Defendant is To pay For costs of this suit.

(103) Any Additional Relief this court deems Just, proper, and equitable.

(104). Date 10/7/22 Respectfully submitted

(105). Prisoners name and Address Charles A. Williams, Mosby Christopher Gabriel E Cummings, Juan Irias, Darrick Grissom Rashan A Mebane. Tabor corr inst 4600 swamp Fox Hwy Tabor city NC 28463

(106) VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true, I certify under penalty of perjury that the Foregoing is true and correct By Charles Williams

Date 10/7/22

_Charles Williams_ Signature

G.S. § 10B-41 Notarial certificate For Acknowledgment

I certify that the following person personally Appeared before me this day each Acknowledging to me that he or she signed the foregoing document

*[signature]*
Names of principals

Official signature *[signature]*
My commission expires April 12, 2027

Official seal

> MEGAN LEE LOCKLEAR
> Notary Public, North Carolina
> Robeson County
> My Commission Expires
> 4-12-27

Date 10/7/22

PS

See Attached Exhibits A-H To Be Added As evidence To this complaint. Clerk is order To send a free copy back After Been entered in clerk of court File