

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700　　　　　　　　　　　　　　　　　　　　　　Peter A. Moore Jr.
Fax (919) 645-1750　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

April 18, 2024

Charles A. Williams #0560566
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681

Christopher Mosby #0468975
Rashan A. Mebane #0771574
Marion Correctional Institution
355 Old Glenwood Rd.
Marion, NC 28752

Gabrial E. Cummings #1609579
Tabor Correctional Institution
4600 Swamp Fox Hwy West
Tabor City, NC 28463

Juan Arias #1210853
Darrick Grissom #1042066
Scotland Correctional Institution
22385 McGirts Bridge Rd.
Laurinburg, NC 28352

　　　　　Re: Williams, et al. v. Bullard, et al.
　　　　　　　5:24-CT03095-BO

Dear Plaintiffs,

Our office has received and filed your complaint. Your case has been given the above-indicated docket number. **Please use this number when submitting documents for filing in this case**.

If your address changes, you must notify the court in writing within 14 days. Failure to do so may result in dismissal of the action.

If you want a copy of a filing returned to you, a stamped, self-addressed envelope and an extra copy of the document must be provided.

Upon receipt, your documents are scanned and the scanned copy becomes the official record of the court. To assist with the best possible scan, please adhere to the following.

- Use 8 1/2" by 11" white, paper.
- All documents must include an **original signature**. The "/s/ typed name" is for electronic filers only.
- **Do not highlight your documents**. When scanned, highlights look like black lines and

you cannot read the text below the highlight.
- **Leave a margin**. If you write at the very top and very bottom of your paper, most likely, some of your handwriting will be cut off when scanned.
- **Number your pages**. This helps us keep your papers organized and in the correct order.
- **Do not tape your papers**. Tape clogs up the scanner and causes pages to rip.

Thank you for your cooperation.

                        Sincerely,

                        /s/ Peter A. Moore, Jr.
                        Clerk of Court

PAM/ai